# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTED ELECTRONICS,<br><br>                              Plaintiff,<br>   vs.<br>CIRCUIT STORE SECURITY, et al.,<br><br>                              Defendants. | CASE NO. 05CV1348 WQH (AJB)<br><br>ORDER DISMISSING CASE FOR<br>FAILURE TO SHOW CAUSE |

HAYES, Judge:

On July 13, 2007, this Court issued an order to show cause (Doc. # 33) notifying Plaintiff that it would dismiss this case on or after August 13, 2007, unless Plaintiff responded in writing to the order to show cause.

Plaintiff did not comply with this Court's order on or before August 13, 2007. Accordingly, the Complaint filed by Plaintiff on July 1, 2005, (Doc. # 1), is hereby dismissed without prejudice for failure to respond to the order to show cause within the time allowed. The Clerk is ordered to close this case.

**IT IS SO ORDERED**.

DATED: August 16, 2007

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge